THE PEOPLE OF THE STATE OF NEW YORK ex rel. LINDLEY M. GARRISON, as Receiver of THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant, *v.* LEWIS NIXON, Constituting the Public Service Commission of the State of New York, First District, et al., Respondents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LINDLEY M. GARRISON, as Receiver of BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant, *v.* LEWIS NIXON, Constituting the Public Service Commission of the State of New York, First District, et al., Respondents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LINDLEY M. GARRISON, as Receiver of the CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant, *v.* LEWIS NIXON, Constituting the Public Service Commission of the State of New York, First District, et al., Respondents.

(Submitted October 18, 1920; decided October 22, 1920.)

Motion to amend remittitur denied, with ten dollars costs. (See 229 N. Y. 575.)